UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE CANADA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA MEDICAL FACILITY-VACAVILLE, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-05170-JST (PR)<br><br>**ORDER OF TRANSFER** |

Ronald Lee Canada, an inmate at the California Men's Colony, filed this *pro se* civil rights action under 42 U.S.C. § 1983, complaining about events and omissions at the California Medical Facility ("CMF"), where he was previously incarcerated. CMF is located in Solano County, within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore is proper in the Eastern District, and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

**IT IS SO ORDERED.**

Dated: October 16, 2017

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge