1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RONALD LEE CANADA,                        No.  2:17-cv-2192 DB P

12               Plaintiff,

13        v.                                    ORDER

14   CALIFORNIA MEDICAL FACILITY-
     VACAVILLE, et al.,
15
                Defendants.
16

17

18        Plaintiff, a state prisoner proceeding pro se, has filed a document entitled "Plaintiff

19   Request Voluntary Dismiss this Action." (ECF No. 11.)  Therein, plaintiff states that he wishes

20   to dismiss "this action."  Two sentences later, however, plaintiff states that "the only case he

21   would like to continue is Canada vs. J. Lewis case number:  2:17-cv-02192-DB."  Case no. 2:17-

22   cv-2192 DB is the above-captioned action.

23        The court notes that plaintiff filed an identical request in case no. 2:17-cv-02193 DB.

24   That case will be dismissed as plaintiff requested.  However, it appears that plaintiff does not, in

25   fact, wish to dismiss this present action. Therefore, plaintiff's request will be denied.  If the court

26   has misinterpreted plaintiff's intent, plaintiff may file a clarification.

27   ////

28   ////

1        Accordingly, plaintiff's request to dismiss the present case (ECF No. 11) is denied.

2 IT IS SO ORDERED.

3 Dated: January 5, 2018

4

5

6                     DEBORAH BARNES
                    UNITED STATES MAGISTRATE JUDGE

7 DLB:9
DB/orders/prisoner-civil rights/cana2192.deny dism

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28